UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:

Mohammed Khan,

Debtor(s)

BK No.: 19-35102

Chapter: 13

Honorable Timothy Barnes

## ORDER DISALLOWING PROOF OF CLAIM NO. 4

This matter coming to be heard on the Debtor's Motion to Disallow Proof of Claim No. 4, due notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1. Proof of Claim No. 4 filed by Erum Pasha on January 3, 2020 is disallowed.

2. The trustee shall make no further disbursements to Erum Pasha for Proof of Claim No. 4.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: April 09, 2020

**Prepared by:**

Ted A. Smith
Smith Ortiz PC  #6271456
4309 W. Fullerton Ave.
Chicago, IL 60639
773-384-7400
ted.smith@smithortiz.com